USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 12/7/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JIAKESHU TECHNOLOGY LIMITED,

    Petitioner,

v.

AMAZON.COM SERVICES, LLC, a Delaware limited liability company; AMAZON.COM, INC, a Delaware corporation,

    Respondents.

No. 22-CV-10119 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    This case has been assigned to me for all purposes. On November 29, 2022, Respondents removed this petition seeking vacatur of an arbitration award to the District Court for the Southern District of New York. Petitioner has not yet appeared in this action.

    Confirmation and vacatur proceedings for arbitration awards must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). It is hereby:

    ORDERED that Petitioner shall file and serve any additional materials with which it intends to support its petition for vacatur by January 13, 2023. Respondents' opposition, if any, is due on February 10, 2023. Petitioner's reply, if any, is due on February 24, 2023.

    IT IS FURTHER ORDERED that Respondents shall serve a copy of this Order on Petitioner.

SO ORDERED.

Dated:    December 7, 2022
            New York, New York

                                              Ronnie Abrams
                                              United States District Judge