UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JIAKESHU TECHNOLOGY LIMITED,

                Petitioner,

     v.

AMAZON.COM SERVICES, LLC, a Delaware limited liability company; AMAZON.COM, INC, a Delaware corporation,

                Respondents.

No. 22-CV-10119 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

     On November 29, 2022, Respondents filed a notice of removal. On December 7, 2022, the Court ordered a briefing schedule on the petition to vacate. On December 21, 2021, Petitioner filed a motion to remand to state court.

     Respondents' opposition to the motion to remand is due on February 10, 2023. Petitioner's reply, if any, is due on February 24, 2023.

SO ORDERED.

Dated:    December 22, 2022
           New York, New York

                                                      Ronnie Abrams
                                                      United States District Judge