## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

JIAKESHU TECHNOLOGY LIMITED,

                Petitioner,                22 **CIVIL** 10119 (JGLC)

      -against-                    **JUDGMENT**

AMAZON.COM SERVICES, LLC, et al.,

                Respondents.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated January 3, 2024, Petitioner's petition to vacate the Award is DENIED and Respondents' cross-motion to confirm the Award is GRANTED; accordingly, the case is closed.

**Dated**: New York, New York
         January 3, 2024

                                                               **RUBY J. KRAJICK**

                                                               **Clerk of Court**

                              **BY:**            *K. Mango*

                                                               **Deputy Clerk**